# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF TENNESSEE

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| OMEGA HARRIS and LEONARD BAUGH | ) | Case No. 3:09-00240 |
| | ) | |
| Defendant | ) | |

## WARRANT FOR THE ARREST OF A WITNESS OR MATERIAL WITNESS IN A PENDING CRIMINAL CASE

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before this court *(name of person to be arrested)* JOVAN MARQUIS TAYLOR, a person

☑ who has been served with a subpoena to appear in this case and has failed to do so.
☐ who is a material witness for which proceedings are necessary pursuant to 18 U.S.C. § 3144.

**YOU ARE FURTHER COMMANDED** to detain this witness until this court orders discharge from custody.

Date: _____

*Issuing officer's signature*

City and state: NASHVILLE, TENNESSEE

JULIET GRIFFIN, U.S. MAGISTRATE JUDGE
*Printed name and title*

---

### Return

This warrant was received on *(date)* 3-6-13, and the person was arrested on *(date)* 3-17-14
at *(city and state)* Nashville, Tn.

Date: 3-17-14

*Arresting officer's signature*

Charlie E. Harris  FBI TFO
*Printed name and title*