UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:09-cr-00240 |
| v. ) | |
| ) | |
| JOVAN TAYLOR ) | JUDGE BRYANT |

## MOTION FOR DETENTION

Pursuant to Title 18, United States Code, Section 3142, the Government moves to have the defendant detained pending proceedings in this matter on the basis that he may flee and constitutes a danger to the public. The Government moves for a continuance of three days in order to prepare for the detention hearing.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

s/ *Lynne T. Ingram*
LYNNE T. INGRAM
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
Phone: 615-736-5151