CRIMINAL MINUTES                          TIME: 10 minutes
MAGISTRATE JUDGE BROWN                     RECORDING: 17mar2014


UNITED STATES OF AMERICA v. JOVAN TAYLOR

CRIMINAL CASE NO.: 14-3242MB          OUT OF DISTRICT CASE NO.:

INTERPRETER REQUIRED:          LANGUAGE:

GOVERNMENT ATTORNEY:  Lynne Ingram

DEFENDANT'S ATTORNEY: James J. Ramsey

PROBATION/PRETRIAL SERVICES OFFICER:  Maria Johnson


**INITIAL HEARING HELD:** 3/17/2014      **Defendant Arrested/Summons:** 3/17/2014
        Defendant has a copy of and was advised of contents of:
                _____ Complaint              _____ Indictment          ✓ Other
                _____ Information             _____ Supervised/Pretrial Release Petition

        Defendant advised of constitutional rights          NO    (YES)
        Defendant advised of right to preliminary hearing   NO    YES
        Financial Affidavit filed                           NO    (YES)
        Federal Public Defender appointed                   NO    (YES)
        Government filed motion for Detention               NO    (YES)
        Defendant temporarily detained                      NO    (YES)
        Defendant is in State custody                       NO    YES
        Defendant released on _____ Bond/Conditions of Release


**PRELIMINARY/IDENTITY HEARING HELD:**            **WAIVED:**
        Defendant:          _____ Bound Over          _____ Discharges
                            _____ Held to Answer in District of Prosecution
                            _____ Held for Revocation Hearing

**DETENTION HEARING HELD:**                       **WAIVED:**
        Bond set at: _____
        Released on: _____
        Defendant detained until trial, order to enter: _____


**GRAND JURY WAIVED IN OPEN COURT:** _____


**ARRAIGNMENT HELD:**                             **WAIVED:**
        Defendant acknowledges he/she has a copy of Indictment/Information ___
        Waives reading thereof: _____  **PLEA: GUILTY   NOT GUILTY**
        Defendant did not appear; bench warrant issued: _____
        Intends to plead guilty and referred to District Judge: _____
        Defendant consented to trial before Magistrate Judge: _____


**PRELIMINARY/DETENTION/ARRAIGNMENT HEARING CONTINUED TO:**_____


Case 3:14-mj-03242   Document 4   Filed 03/17/14   Page 1 of 1 PageID #: 7