UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | 14-3242 MB |
| v. ) | Judge Brown |
| ) | |
| ) | |
| JOVAN MARQUIS TAYLOR ) | |

## O R D E R

On March 24, 2014, the Defendant appeared with counsel and the Assistant U.S. Attorney, for a detention hearing on an Arrest Warrant of a Material Witness in a Pending Criminal Case. The Government, through counsel, announced that it wished to dismiss the Arrest Warrant pending against the Defendant.

Accordingly, the Government's oral motion to dismiss the Arrest Warrant is **GRANTED,** and the United States Marshal is **ORDERED** to release the Defendant after processing.

It is so **ORDERED**.

_____
JOE B. BROWN
United States Magistrate Judge